

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2015

No. 04-15-00549-CV

**IN THE INTEREST OF A.G.,** a child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01476
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     Appellant's notice of appeal states her intention to appeal an order of termination "signed on or about August 17th, 2015." The clerk's record was filed in this appeal on September 9, 2015. In response to verbal inquiries made by a deputy clerk of this court, the trial court clerk has stated no order of termination has been signed. Although the clerk's record contains judge's notes dated August 17, 2015, "[a] trial judge's notes are for his or her own convenience and form no part of the record." *In re V.G.*, No. 04-14-00802-CV, 2015 WL 1640340, at *4 (Tex. App.— San Antonio Apr. 8, 2015, no pet.) (mem. op.). Because no final order has been signed, appellant is ORDERED to show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court